**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____     Chapter    **7**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **12th & K St. Mall Partners, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-0400617** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4910 W 1st Street** **Los Angeles, CA 90004** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles** | **Location of principal assets, if different from principal place of business** |
| County | **1020 12th Street Sacramento, CA 95814** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor　**12th & K St. Mall Partners, LLC**　　　　　　　　Case number *(if known)* _____
　　　　Name

**7.** **Describe debtor's business** A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.

☑ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | **Central District of California** | When | **1/06/22** | Case number | **2:22-bk-10061-BR** |
| District | | When | | Case number | |

| Debtor | **12th & K St. Mall Partners, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Debtor    **12th & K St. Mall Partners, LLC**
          Name

- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million

- [x] $10,000,001 - $50  million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million

- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

Debtor    **12th & K St. Mall Partners, LLC**        Case number *(if known)* _____
       Name

---

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 25, 2024**
            MM / DD / YYYY

**X** **/s/ Robert W. Clippinger**            **Robert W. Clippinger**
Signature of authorized representative of debtor       Printed name

Title    **Managing Member**

**18. Signature of attorney**

**X** **/s/ Yasha Rahimzadeh**          Date   **April 25, 2024**
Signature of attorney for debtor                  MM / DD / YYYY

**Yasha Rahimzadeh**
Printed name

**Law Offices of Yasha Rahimzadeh**
Firm name

**980 Ninth Street, 16th Floor, PMB 1021**
**Sacramento, CA 95814**
Number, Street, City, State & ZIP Code

Contact phone   **916-337-8066**      Email address   **yr_law@hotmail.com**

**230487 CA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name __12th & K St. Mall Partners, LLC__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __April 25, 2024__          X __/s/ Robert W. Clippinger__
                                          Signature of individual signing on behalf of debtor

                                          __Robert W. Clippinger__
                                          Printed name

                                          __Managing Member__
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **12th & K St. Mall Partners, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*....................................................................     $     **15,500,000.00**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*....................................................................     $     **1,450,100.00**

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*....................................................................     $     **16,950,100.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................................     $     **14,584,104.39**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................................     $     **273.58**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................................................     +$     **272,449.47**

4.   **Total liabilities** ................................................................................................
   Lines 2 + 3a + 3b     $     **14,856,827.44**

| Fill in this information to identify the case: |
| --- |
| Debtor name  **12th & K St. Mall Partners, LLC** |
| United States Bankruptcy Court for the:   EASTERN DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____ |

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **First Republic** | **Checking** | **7045** | **$100.00** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| |
| --- |
| **$100.00** |

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

| | 11b. Over 90 days old: | **1,700,000.00** | - | **300,000.00** | =.... | **$1,400,000.00** |
| --- | --- | --- | --- | --- | --- | --- |
| | | face amount | | doubtful or uncollectible accounts | | |

Debtor    **12th & K St. Mall Partners, LLC**          Case number *(If known)* _____
          Name

| 12. | **Total of Part 3.** | | | | $1,400,000.00 |
|---|---|---|---|---|---|

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:      Investments**

13. **Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:      Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:      Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:      Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Office, lobby, and apartment furniture** | **$0.00** | **N/A** | **$50,000.00** |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 43. | **Total of Part 7.** | | | $50,000.00 |
|---|---|---|---|---|

Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☒ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

**Part 8:      Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

Debtor **12th & K St. Mall Partners, LLC**     Case number *(If known)* _____
Name

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

55.     Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Mixed-use property located at 1020 12th Street Sacramento, CA 95814; APN 006-0105-009-0000; 35 rental spaces; ground floor consists of commercial retail space, the largest commercial retail tenant occupies a portion of the ground floor and a portion of the second floor, the remaining portion of the second floor consists of office space, the third and fourth floors consist of 23 loft style residential units; property is 97% occupied.** | **Tenant-in-common** | **$15,500,000.00** | **N/A** | **$15,500,000.00** |

56.     **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| **$15,500,000.00** |
|---|

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **12th & K St. Mall Partners, LLC**
          _____    Case number *(If known)* _____
          Name

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor  **12th & K St. Mall Partners, LLC**                    Case number *(If known)* _____
        Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $100.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,400,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $50,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .....................................................> | | $15,500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,450,100.00 | + 91b. $15,500,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $16,950,100.00 |

**Fill in this information to identify the case:**

Debtor name     **12th & K St. Mall Partners, LLC**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br><br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br><br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **City of Sacramento** | | |
|---|---|---|---|

Creditor's Name

**Attn: Leslie Fritzsche
1030 15th Street, 2nd FL
Sacramento, CA 95814**

Creditor's mailing address

| Describe debtor's property that is subject to a lien | **$2,300,000.00** | **$0.00** |
|---|---|---|

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **DCR Mortgage 10 Sub 2, LLC** | | $12,284,104.38 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Directed Capital Resources
Attn: Lance B Amano
10650 Scripps Ranch Blvd.,
STE 210
San Diego, CA 92131**

Creditor's mailing address

Describe debtor's property that is subject to a lien

Describe the lien
**Mortgage**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

Debtor    **12th & K St. Mall Partners, LLC**
          Name                                                    Case number (if known) _____

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| | | | |
|---|---|---|---|
| 2.3 | **Sacramento County Tax Collector** | **Describe debtor's property that is subject to a lien** | **$0.01**                **$0.00** |

Creditor's Name

**PO Box 508
Sacramento, CA
95812-0508**
Creditor's mailing address

**Describe the lien**
**Property Taxes**

**Is the creditor an insider or related party?**
■ No
☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| | | |
|---|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$14,584,104.39** |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Jennifer L. Pruski, Esq.** **Trainor Fairbrook** **P.O. Box 255824** **Sacramento, CA 95865** | Line   **2.2** | |

**Fill in this information to identify the case:**

Debtor name　　**12th & K St. Mall Partners, LLC**

United States Bankruptcy Court for the:　EASTERN DISTRICT OF CALIFORNIA

Case number (if known)　_____

☐ Check if this is an
　　amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims　　　　　12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:　List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

　☐ No. Go to Part 2.

　■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| | | **$0.01** | **$0.01** |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|
| | **California Dept of Tax and Fee Admin.** **Special Ops, MIC 29** **Sacramento, CA 94279-0005** | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: **Sales taxes** |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.01** | **$0.01** |
|---|---|---|---|---|
| | **Department of the Treasury** **Centralized Insolvency Operation** **P. O. Box 7346** **Philadelphia, PA 19101-7346** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Income taxes** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **12th & K St. Mall Partners, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.3** | Priority creditor's name and mailing address
**Employment Developement Dept
Bankruptcy Group MIC 92E
Sacramento, CA 94206-0001**

As of the petition filing date, the claim is: $0.01 $0.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address
**Franchise Tax Board
Bankruptcy Section MS: A-340
Sacramento, CA 95812-2952**

As of the petition filing date, the claim is: $273.55 $273.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Income taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

Is the claim subject to offset?
■ No
☐ Yes

---

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address
**600 12th Street
4910 W 1st Street
Los Angeles, CA 90004**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* $85.43
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address
**A Better Plumbing Co., Inc.
PO Box 161267
Sacramento, CA 95816**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* $325.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address
**ABM Parking
1100 J Street
Sacramento, CA 95814**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* $3,800.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **12th & K St. Mall Partners, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,832.99 |
|---|---|---|---|

**Air Systems Service & Construction**
10381 Old Placerville Road, #100
Sacramento, CA 95827

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $245.00 |
|---|---|---|---|

**Alltech Gates & Entry Controls, Inc**
5325 Elkhorn Blvd., Ste. 314
Sacramento, CA 95842

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.01 |
|---|---|---|---|

**Alvarado Smith**
1 MacArthur Place
Santa Ana, CA 92707

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $466.56 |
|---|---|---|---|

**AT&T**
PO Box 5025
Carol Stream, IL 60197-5025

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.01 |
|---|---|---|---|

**Bank of Commerce**
**Merchants Bank of Commerce**
P.O. Box 994748
Redding, CA 96099-4748

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,358.33 |
|---|---|---|---|

**Benjamin Rothchild**
700 Blomfiedl Ave. #549
Bloomfield, CT 06002-4244

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.01 |
|---|---|---|---|

**Chicago Trust Admin. Servcies LLC**
**FBO Mitch Argon 401-K**
40 E Chicago Avenue#148
Chicago, IL 60611

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **0.4319% interest in12th & K St. Mall Partners, LLC**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **12th & K St. Mall Partners, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.01**

**Chicago Trust Admin. Servcies LLC**
**FBO Maureen Argon 401-K**
**40 E Chicago Avenue#148**
**Chicago, IL 60611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _0.413% interest in12th & K St. Mall Partners, LLC_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,235.07**

**City of Sacramento**
**Dept of Utilities**
**PO Box 2770**
**Sacramento, CA 95812-2770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$95,383.99**

**Clippinger Investment Properties Inc**
**4910 W. 1st Street**
**Los Angeles, CA 90004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,915.54**

**Comcast Business**
**9602 S 300 W**
**Sandy, UT 84070-3340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,250.23**

**Comcast Cable**
**9602 S 300 W**
**Sandy, UT 84070-3340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.01**

**Daniel & Julie Gray Trustees**
**17 N. Pasture**
**Westport, CT 06880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _1.7275% interest in12th & K St. Mall Partners, LLC_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.01**

**Daniel A Bornstein& Linda Bornstein**
**Trustee of Daneil & Linda Living Trust**
**5913 Featherlight Place**
**Santa Rosa, CA 95409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _0.5182% interest in12th & K St. Mall Partners, LLC_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **12th & K St. Mall Partners, LLC** | Case number *(if known)* | |
| | Name | | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,066.50 |
|---|---|---|---|

**Danielson Kim Law Group P.C.**
**5170 Golden Foothill Pkwy.**
**El Dorado Hills, CA 95762**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.01 |
|---|---|---|---|

**David L Gilbert & Deborah L Gilbert**
**25021 Adelanto**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _1.7275% interest in12th & K St. Mall Partners, LLC_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,050.00 |
|---|---|---|---|

**Deodoro Ortiz**
**Ortiz Cleaners**
**123 Bell Avenue**
**Sacramento, CA 95838**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $797.50 |
|---|---|---|---|

**Derrik A. Elder**
**1404 Katelyn Court**
**Yukon, OK 73099**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,732.41 |
|---|---|---|---|

**DLA Piper LLP**
**2000 Avenue of the Stars, Ste. 400**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.01 |
|---|---|---|---|

**Doug Carter**
**130 Ascot Avenue**
**Rio Linda, CA 95673**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,154.01 |
|---|---|---|---|

**Dry Creek Construction**
**425 Pine Street, Ste 1-F**
**Galt, CA 95632**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **12th & K St. Mall Partners, LLC**      Case number (if known) _____
_____
Name

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$190.00** |
|---|---|---|---|

**Eagle Carpet Care**
**1354 Keswick Lane**
**Lincoln, CA 95648**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120.00** |
|---|---|---|---|

**Easy Clean Carpet Care**
**PO Box 22981**
**Sacramento, CA 95822**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$675.00** |
|---|---|---|---|

**Elevator Technology, Inc**
**2050 Arroyo Vista Way**
**El Dorado Hills, CA 95762**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,748.81** |
|---|---|---|---|

**Farmers Insurance Exchange**
**PO Box 2847**
**Flint, MI 48501-2847**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$434.61** |
|---|---|---|---|

**Fast Signs**
**1720 Fulton Avenue**
**Sacramento, CA 95825**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$363.60** |
|---|---|---|---|

**Financial Credit Network**
**PO BOX 3064**
**Visalia, CA 93278**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,073.02** |
|---|---|---|---|

**G. Rossi Florist**
**1208 J Street**
**Sacramento, CA 95814**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **12th & K St. Mall Partners, LLC**     Case number (if known) _____

Name

---

**3.32**   Nonpriority creditor's name and mailing address

**Global Gate Controls Inc**
**3531 S. Logan Street, Ste. D403**
**Englewood, CO 80113**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$125.10**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33**   Nonpriority creditor's name and mailing address

**HD Supply Facilities MaintenanceLTD**
**PO Box 509058**
**San Diego, CA 92150-9058**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$1,870.37**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34**   Nonpriority creditor's name and mailing address

**Highlander Termite & Pest Control**
**3971 Duroch Road, Ste. C**
**Shingle Springs, CA 95682**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$1,068.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35**   Nonpriority creditor's name and mailing address

**Industrial Door Company**
**10235 Systems Parkway, Ste. B**
**Sacramento, CA 95827**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$12,026.33**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36**   Nonpriority creditor's name and mailing address

**James Brother Cleaning**
**P.O. Box 69**
**Elk Grove, CA 95759**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$300.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37**   Nonpriority creditor's name and mailing address

**John A & Sheila D. Valenzuela**
**Trustees of the Valenzuela Family**
**9 Cort Rivera**
**San Clemente, CA 92673**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.01**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _0.8637% interest in12th & K St. Mall Partners, LLC_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38**   Nonpriority creditor's name and mailing address

**Lane Elliot**
**1017 L Street**
**Sacramento, CA 95814**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$50.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | 12th & K St. Mall Partners, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.01**

**Leslie R Olson**
**Trustee of the Olson Family Trust**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _1.2092% interest in12th & K St. Mall Partners, LLC_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.01**

**Maintenance Supply Headquarters, LP**
**PO Box 509058**
**San Diego, CA 92150-9058**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60.00**

**Megan Mobile Notary**
**8943 Bertwin Way**
**Elk Grove, CA 95758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50.00**

**Melanie Hogue**
**7541 Southwest 1st Street**
**Fort Lauderdale, FL 33317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,232.94**

**National Fire Systems, Inc.**
**8521 Morrison Creek Drive**
**Sacramento, CA 95828**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150.00**

**Nikias Law, PC**
**12026 Rhode Island Ave., PH2**
**Los Angeles, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$210.00**

**Overhead Door Co. of Sacramento Inc**
**PO Box 231608**
**Sacramento, CA 95823**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **12th & K St. Mall Partners, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.46** Nonpriority creditor's name and mailing address

**Pacific Properties Group**
**12100 Wilshire Blvd., Ste. 1050**
**Los Angeles, CA 90025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,490.00**

---

**3.47** Nonpriority creditor's name and mailing address

**Placer Floors, Inc.**
**7333 Roseville Road, Ste. 1**
**Sacramento, CA 95842**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,864.49**

---

**3.48** Nonpriority creditor's name and mailing address

**Preferred Services Building Maintenance**
**PO Box 221608**
**Sacramento, CA 95822**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$805.00**

---

**3.49** Nonpriority creditor's name and mailing address

**Ray Morgan**
**3131 Esplanade**
**Chico, CA 95973**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$160.00**

---

**3.50** Nonpriority creditor's name and mailing address

**Reed C. Ferrick DMD Pension and Profit**
**4762 Devonshire Place**
**Santa Rosa, CA 95403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _1.2092% interest in12th & K St. Mall Partners, LLC_

Is the claim subject to offset? ■ No ☐ Yes

**$0.01**

---

**3.51** Nonpriority creditor's name and mailing address

**Rex Moore**
**6001 Outfall Circle**
**Sacramento, CA 95828**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$269.70**

---

**3.52** Nonpriority creditor's name and mailing address

**Richard & Leslie Breiman, Trustees**
**225 Valley Oaks Drive**
**Alamo, CA 94507**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _3.4550% interest in12th & K St. Mall Partners, LLC_

Is the claim subject to offset? ■ No ☐ Yes

**$0.01**

---

Debtor   **12th & K St. Mall Partners, LLC**      Case number (if known) _____
Name

---

**3.53**

**Nonpriority creditor's name and mailing address**

**Rico's Heating & Air**
**1731 Howe Ave #578**
**Sacramento, CA 95825**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$1,756.33**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54**

**Nonpriority creditor's name and mailing address**

**Ricoh USA, Inc.**
**Wells Fargo Vendor, Financial Serv.**
**PO Box 650073**
**Dallas, TX 75265-0073**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.01**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55**

**Nonpriority creditor's name and mailing address**

**River City Equipment Co., Inc.**
**2419 Sellers Way**
**West Sacramento, CA 95691**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$167.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56**

**Nonpriority creditor's name and mailing address**

**RMI Systems**
**6001 Outfall Circle**
**Sacramento, CA 95828**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$134.85**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57**

**Nonpriority creditor's name and mailing address**

**Robert W. Clippinger**
**4910 W 1st Street**
**Los Angeles, CA 90004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$542.69**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58**

**Nonpriority creditor's name and mailing address**

**Robert W. Clippinger Living Trust**
**4910 W 1st Street**
**Los Angeles, CA 90004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.01**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **81.4775% interest in12th & K St. Mall Partners**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59**

**Nonpriority creditor's name and mailing address**

**Ronald M. Tarbell**
**3 Compass**
**Newport Coast, CA 92657**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.01**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **7.2938% interest in12th & K St. Mall Partners, LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **12th & K St. Mall Partners, LLC**
_____
Name                                              Case number (if known) _____

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.01 |
|------|---|---|---|

**Sacramento County**
**PO Box 839**
**Sacramento, CA 95812-0839**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,543.09 |
|------|---|---|---|

**Schindler Elevator Corp.**
**1329 N Market Blvd., Ste. 120**
**Sacramento, CA 95834-2941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|------|---|---|---|

**Sida's Cleaning Services, LLC**
**3055 Great Falls Way**
**Sacramento, CA 95826**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.01 |
|------|---|---|---|

**Simas Floor Company, Inc.**
**3550 Power Inn Road**
**Sacramento, CA 95826**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,441.36 |
|------|---|---|---|

**SMUD**
**PO Box 15830**
**Sacramento, CA 95852-0830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $610.00 |
|------|---|---|---|

**TJ Elevator Service**
**PO Box 246270**
**Sacramento, CA 95820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,436.12 |
|------|---|---|---|

**Turton Commercial Real Estate**
**1525 Ridge Creek Way**
**Roseville, CA 95661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor　**12th & K St. Mall Partners, LLC**
　　　　　Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$145.00** |

**Tyana D. Lewis**
**781 Elder Drive**
**West Sacramento, CA 95605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$840.14** |
|---|---|---|---|

**U.S. Bank Equipment Finance**
**PO Box 790448**
**Saint Louis, MO 63179-0448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.01** |
|---|---|---|---|

**Valet Living**
**100 S. Ashley Drive, Ste. 700**
**Tampa, FL 33602**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$120.00** |
|---|---|---|---|

**VZ Plumbing**
**3637 Kodiak Way**
**Antelope, CA 95843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,076.67** |
|---|---|---|---|

**Waste Management**
**PO Box 541065**
**Los Angeles, CA 90054-1065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:　List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:　Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 273.58 |
| **5b. Total claims from Part 2** | 5b. + | $ 272,449.47 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 272,723.05 |

| Fill in this information to identify the case: |
|---|

Debtor name    **12th & K St. Mall Partners, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases      12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commercial lease (ends 9/30/26)**<br><br>**EllaJack, Inc.**<br>**Attn: Josh Nelson**<br>**2225 Hurley Way, Ste. 101**<br>**Sacramento, CA 95825** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commercial lease (started in 2014; expires 8/25)**<br><br>**R. Douglas, LLC**<br>**Attn: Ryan D. Hammonds**<br>**1020 12th Street, Ste. 112**<br>**Sacramento, CA 95814** |

**Fill in this information to identify the case:**

Debtor name    **12th & K St. Mall Partners, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Robert Clippinger** | **4910 W 1st Street**<br>**Los Angeles, CA 90004** | **DCR Mortgage 10 Sub 2, LLC** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |

| Fill in this information to identify the case: |
|---|

Debtor name　　**12th & K St. Mall Partners, LLC**

United States Bankruptcy Court for the:　EASTERN DISTRICT OF CALIFORNIA

Case number (if known)　＿＿＿＿＿＿＿＿＿＿＿＿

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy　　04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:　Income

1. **Gross revenue from business**

    ■ None.

    | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
    |---|---|---|

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
    |---|---|---|

### Part 2:　List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

    | **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** Check all that apply |
    |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

    | **Insider's name and address** **Relationship to debtor** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** |
    |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

| Debtor | 12th & K St. Mall Partners, LLC | Case number *(if known)* |
|---|---|---|

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | DCR Mortgage 10 Sub 2, LLC vs. 12 & K St. Mall Partners, LLC 24CV006048 | Civil collection | Sacramento County Superior Court 720 Ninth Street Sacramento, CA 95814 | ☐ Pending ☐ On appeal ■ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Debtor  **12th & K St. Mall Partners, LLC**          Case number *(if known)*

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Law Offices of Yasha Rahimzadeh**<br>**980 Ninth Street, 16th Floor,**<br>**PMB 1021**<br>**Sacramento, CA 95814** | **Attorney Fees** | **4/25** | **$3,500.00** |
| Email or website address<br>**yr_law@hotmail.com** | | | |
| Who made the payment, if not debtor?<br>**Daugther of Debtor's Managing Member** | | | |
| 11.2.  **Matthew D. Resnik**<br>**Resnik Hayes Moradi LLP**<br>**17609 Ventura Blvd, Ste 314**<br>**Encino, CA 91316-5132** | | **4/23-4/24** | **$45,000.00** |
| Email or website address | | | |
| Who made the payment, if not debtor?<br>**Clippinger Investment Properties** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankrupties**

Debtor    **12th & K St. Mall Partners, LLC**                    Case number *(if known)* _____

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

Debtor    **12th & K St. Mall Partners, LLC**          Case number *(if known)* _____

---

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

    | Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
    | --- | --- | --- | --- |
    | | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

    | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
    | --- | --- | --- | --- |
    | | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

    | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
    | --- | --- | --- | --- |
    | | | | |

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

    | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
    | --- | --- | --- |
    | | | |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
        ■ None

    | Name and address | Date of service<br>From-To |
    | --- | --- |
    | | |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement

| Debtor | **12th & K St. Mall Partners, LLC** | Case number *(if known)* |
|--------|-------------------------------------|--------------------------|

within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|------------------|------------------------------------------------------------------|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|------------------|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---------------------------------------------------------------|-------------------|------------------------------------------------------------------------------|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Robert Clippinger | 4910 W 1st Street<br>Los Angeles, CA 90004 | Managing member | 81% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

Debtor   **12th & K St. Mall Partners, LLC**                          Case number *(if known)* _____

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  |  |

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 25, 2024**

**/s/ Robert W. Clippinger**                          **Robert W. Clippinger**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Managing Member**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of California

In re    **12th & K St. Mall Partners, LLC**       Case No. _____

                           Debtor(s)       Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,500.00** |
| Prior to the filing of this statement I have received | $ | **3,500.00** |
| Balance Due | $ | **0.00** |

2.  $ **338.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 25, 2024**                  /s/ Yasha Rahimzadeh
*Date*                                **Yasha Rahimzadeh**
                                     *Signature of Attorney*
                                     **Law Offices of Yasha Rahimzadeh**
                                     **980 Ninth Street, 16th Floor, PMB 1021**
                                     **Sacramento, CA 95814**
                                     **916-337-8066  Fax: 916-446-7104**
                                     **yr_law@hotmail.com**
                                     *Name of law firm*

EllaJack, Inc.
Attn: Josh Nelson
2225 Hurley Way, Ste. 101
Sacramento, CA 95825


R. Douglas, LLC
Attn: Ryan D. Hammonds
1020 12th Street, Ste. 112
Sacramento, CA 95814


600 12th Street
4910 W 1st Street
Los Angeles, CA 90004


A Better Plumbing Co., Inc.
PO Box 161267
Sacramento, CA 95816


ABM Parking
1100 J Street
Sacramento, CA 95814


Air Systems Service & Construction
10381 Old Placerville Road, #100
Sacramento, CA 95827


Alltech Gates & Entry Controls, Inc
5325 Elkhorn Blvd., Ste. 314
Sacramento, CA 95842


Alvarado Smith
1 MacArthur Place
Santa Ana, CA 92707


AT&T
PO Box 5025
Carol Stream, IL 60197-5025


Bank of Commerce
Merchants Bank of Commerce
P.O. Box 994748
Redding, CA 96099-4748

Benjamin Rothchild
700 Blomfiedl Ave. #549
Bloomfield, CT 06002-4244


California Dept of Tax and Fee Admin.
Special Ops, MIC 29
Sacramento, CA 94279-0005


Chicago Trust Admin. Servcies LLC
FBO Mitch Argon 401-K
40 E Chicago Avenue#148
Chicago, IL 60611


Chicago Trust Admin. Servcies LLC
FBO Maureen Argon 401-K
40 E Chicago Avenue#148
Chicago, IL 60611


City of Sacramento
 Attn: Leslie Fritzsche
 1030 15th Street, 2nd FL
Sacramento, CA 95814


City of Sacramento
Dept of Utilities
PO Box 2770
Sacramento, CA 95812-2770


Clippinger Investment Properties Inc
4910 W. 1st Street
Los Angeles, CA 90004


Comcast Business
9602 S 300 W
Sandy, UT 84070-3340


Comcast Cable
9602 S 300 W
Sandy, UT 84070-3340


Daniel & Julie Gray Trustees
17 N. Pasture
Westport, CT 06880

Daniel A Bornstein& Linda Bornstein
Trustee of Daneil & Linda Living Trust
5913 Featherlight Place
Santa Rosa, CA 95409


Danielson Kim Law Group P.C.
5170 Golden Foothill Pkwy.
El Dorado Hills, CA 95762


David L Gilbert & Deborah L Gilbert
25021 Adelanto
Laguna Niguel, CA 92677


DCR Mortgage 10 Sub 2, LLC
Directed Capital Resources
Attn: Lance B Amano
10650 Scripps Ranch Blvd., STE 210
San Diego, CA 92131


Deodoro Ortiz
Ortiz Cleaners
123 Bell Avenue
Sacramento, CA 95838


Department of the Treasury
Centralized Insolvency Operation
P. O. Box 7346
Philadelphia, PA 19101-7346


Derrik A. Elder
1404 Katelyn Court
Yukon, OK 73099


DLA Piper LLP
2000 Avenue of the Stars, Ste. 400
Los Angeles, CA 90067


Doug Carter
130 Ascot Avenue
Rio Linda, CA 95673


Dry Creek Construction
425 Pine Street, Ste 1-F
Galt, CA 95632

Eagle Carpet Care
1354 Keswick Lane
Lincoln, CA 95648


Easy Clean Carpet Care
PO Box 22981
Sacramento, CA 95822


Elevator Technology, Inc
2050 Arroyo Vista Way
El Dorado Hills, CA 95762


Employment Developement Dept
Bankruptcy Group MIC 92E
Sacramento, CA 94206-0001


Farmers Insurance Exchange
PO Box 2847
Flint, MI 48501-2847


Fast Signs
1720 Fulton Avenue
Sacramento, CA 95825


Financial Credit Network
PO BOX 3064
Visalia, CA 93278


Franchise Tax Board
Bankruptcy Section MS: A-340
Sacramento, CA 95812-2952


G. Rossi Florist
1208 J Street
Sacramento, CA 95814


Global Gate Controls Inc
3531 S. Logan Street, Ste. D403
Englewood, CO 80113


HD Supply Facilities MaintenanceLTD
PO Box 509058
San Diego, CA 92150-9058

Highlander Termite & Pest Control
3971 Duroch Road, Ste. C
Shingle Springs, CA 95682


Industrial Door Company
10235 Systems Parkway, Ste. B
Sacramento, CA 95827


James Brother Cleaning
P.O. Box 69
Elk Grove, CA 95759


Jennifer L. Pruski, Esq.
Trainor Fairbrook
P.O. Box 255824
Sacramento, CA 95865


John A & Sheila D. Valenzuela
Trustees of the Valenzuela Family
9 Cort Rivera
San Clemente, CA 92673


Lane Elliot
1017 L Street
Sacramento, CA 95814


Leslie R Olson
Trustee of the Olson Family Trust
Laguna Niguel, CA 92677


Maintenance Supply Headquarters, LP
PO Box 509058
San Diego, CA 92150-9058


Megan Mobile Notary
8943 Bertwin Way
Elk Grove, CA 95758


Melanie Hogue
7541 Southwest 1st Street
Fort Lauderdale, FL 33317


National Fire Systems, Inc.
8521 Morrison Creek Drive
Sacramento, CA 95828

Nikias Law, PC
12026 Rhode Island Ave., PH2
Los Angeles, CA 90025


Overhead Door Co. of Sacramento Inc
PO Box 231608
Sacramento, CA 95823


Pacific Properties Group
12100 Wilshire Blvd., Ste. 1050
Los Angeles, CA 90025


Placer Floors, Inc.
7333 Roseville Road, Ste. 1
Sacramento, CA 95842


Preferred Services Building Maintenance
PO Box 221608
Sacramento, CA 95822


Ray Morgan
3131 Esplanade
Chico, CA 95973


Reed C. Ferrick DMD Pension and Profit
4762 Devonshire Place
Santa Rosa, CA 95403


Rex Moore
6001 Outfall Circle
Sacramento, CA 95828


Richard & Leslie Breiman, Trustees
225 Valley Oaks Drive
Alamo, CA 94507


Rico's Heating & Air
1731 Howe Ave #578
Sacramento, CA 95825


Ricoh USA, Inc.
Wells Fargo Vendor, Financial Serv.
PO Box 650073
Dallas, TX 75265-0073

River City Equipment Co., Inc.
2419 Sellers Way
West Sacramento, CA 95691


RMI Systems
6001 Outfall Circle
Sacramento, CA 95828


Robert Clippinger
 4910 W 1st Street
Los Angeles, CA 90004


Robert W. Clippinger
4910 W 1st Street
Los Angeles, CA 90004


Robert W. Clippinger Living Trust
4910 W 1st Street
Los Angeles, CA 90004


Ronald M. Tarbell
3 Compass
Newport Coast, CA 92657


Sacramento County
PO Box 839
Sacramento, CA 95812-0839


Sacramento County Tax Collector
PO Box 508
Sacramento, CA 95812-0508


Schindler Elevator Corp.
1329 N Market Blvd., Ste. 120
Sacramento, CA 95834-2941


Sida's Cleaning Services, LLC
3055 Great Falls Way
Sacramento, CA 95826


Simas Floor Company, Inc.
3550 Power Inn Road
Sacramento, CA 95826

SMUD
PO Box 15830
Sacramento, CA 95852-0830


TJ Elevator Service
PO Box 246270
Sacramento, CA 95820


Turton Commercial Real Estate
1525 Ridge Creek Way
Roseville, CA 95661


Tyana D. Lewis
781 Elder Drive
West Sacramento, CA 95605


U.S. Bank Equipment Finance
PO Box 790448
Saint Louis, MO 63179-0448


Valet Living
100 S. Ashley Drive, Ste. 700
Tampa, FL 33602


VZ Plumbing
3637 Kodiak Way
Antelope, CA 95843


Waste Management
PO Box 541065
Los Angeles, CA 90054-1065

# United States Bankruptcy Court
## Eastern District of California

In re    **12th & K St. Mall Partners, LLC** _____    Case No. _____
                                    Debtor(s)                Chapter    **7**    _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **12th & K St. Mall Partners, LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Robert W. Clippinger**
**4910 W 1st Street**
**Los Angeles, CA 90004**
_____

☐ None [*Check if applicable*]

**April 25, 2024** _____        **/s/ Yasha Rahimzadeh** _____
Date                                **Yasha Rahimzadeh**
                                    Signature of Attorney or Litigant
                                    Counsel for    **12th & K St. Mall Partners, LLC**
                                    **Law Offices of Yasha Rahimzadeh**
                                    **980 Ninth Street, 16th Floor, PMB 1021**
                                    **Sacramento, CA 95814**
                                    **916-337-8066 Fax:916-446-7104**
                                    **yr_law@hotmail.com**