```
              UNITED STATES BANKRUPTCY COURT
              EASTERN DISTRICT OF CALIFORNIA
                        CIVIL MINUTES
```

**Case Title:** 12th & K St. Mall Partners, LLC

**Case No.:** 24-21715 - C - 7

**Docket Control No.**

**Date:** 06/26/2024
**Time:** 10:00 AM

**Matter:** [10] - Motion for Relief from Automatic Stay Filed by Creditor Directed Capital Resources, LLC (Fee Paid $199) (eFilingID: 7348804) (ltrf)

**Judge: Christopher M. Klein**
**Courtroom Deputy: Lindsey Peratis**
**Reporter: Electronic Record**
**Department: C**

**APPEARANCES for:**
**Movant(s):**
(by zoom) Creditor's Attorney - Howard Camhi
**Respondent(s):**
(by zoom) Debtor's Attorney - Yasha Rahimzadeh

### CIVIL MINUTES

Motion taken under submission.

    **Chambers to prepare Order**